B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Arkansas

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Actronix, Inc. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 71-0847167 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): 476 West Industrial Park, Flippin, AR  ZIP Code: 72634 | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code: |
|---|---|

| County of Residence or of the Principal Place of Business: Marion | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): P.O. Box 310, Flippin, AR  ZIP Code: 72634 | Mailing Address of Joint Debtor (if different from street address):  ZIP Code: |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

---

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

---

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Actronix, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Actronix, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jill Jacoway**
Signature of Attorney for Debtor(s)

Jill Jacoway 76052
Printed Name of Attorney for Debtor(s)

Jacoway Law Firm, Ltd.
Firm Name

P.O. Drawer 3456
Fayetteville, AR 72702

_____
Address

Email: jacowaylaw@sbcglobal.net
479-521-2621  Fax: 479-521-1465
Telephone Number

October 13, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Randy Steinberg**
Signature of Authorized Individual

Randy Steinberg
Printed Name of Authorized Individual

Secretary
Title of Authorized Individual

October 13, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## CERTIFICATE OF RESOLUTIONS

I, Randy Steinberg, Secretary of Actronix, Inc., a Delaware corporation (the "Company"), hereby certify that at a special meeting of the Board of Directors of the Company duly called and held on October 9, 2015, the Board of Directors duly adopted the following resolutions in accordance with the requirements of Delaware General Corporation Law and that the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that in the judgment of the Board of Directors of the Company, it is desirable and in the Company's best interests, and the interests of the Company's creditors, employees, and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that each of the Chairman of the Board of Directors of the Company, the President, any Vice President or the Chief Financial Officer of the Company (the "Authorized Officers"), is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Arkansas at such time as such Authorized Officer shall determine;

RESOLVED, that the law firms of Jill Jacoway, Esq. and Carter Ledyard & Milburn LLP, are hereby employed as attorneys for the Company in the Company's chapter 11 case, subject to bankruptcy court approval;

RESOLVED, that the Authorized Officers of the Company are hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals and to perform any and all further acts and deeds the Authorized Officers deem necessary, proper or desirable in connection with the Company's chapter 11 case with a view to the successful prosecution of the Company's chapter 11 case;

RESOLVED, that in connection with the commencement of the chapter 11 case by the Company, the Authorized Officers be and hereby are, authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute and deliver a cash collateral stipulation and/or debtor-in-possession loan facility (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company;

7685532.1

RESOLVED, that the Authorized Officers of the Company are hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certifications or other documents and to take such other actions, as in the judgment of such officer shall be or become necessary, proper and desirable to effectuate a successful reorganization of the Company's business;

RESOLVED, that any and all past actions heretofore taken by officers or directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of October, 2015.

By: _____
Name: Randy Steinberg
Title: Secretary

7685532.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Arkansas

In re   Actronix, Inc.                                                                  Case No.
                                    Debtor(s)                                           Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Anixter-Memphis<br>P.O. Box 847428<br>Dallas, TX 75284-7428 | Anixter-Memphis<br>P.O. Box 847428<br>Dallas, TX 75284-7428 | | | 72,453.05 |
| Avnet Eelctronics CR Dept<br>P.O. Box 847722<br>Dallas, TX 75284 | Avnet Eelctronics CR Dept<br>P.O. Box 847722<br>Dallas, TX 75284 | | | 12,224.37 |
| Beckman Coulter Consignment<br>200 S. Kraemer Blvd.<br>Brea, CA 92821 | Beckman Coulter Consignment<br>200 S. Kraemer Blvd.<br>Brea, CA 92821 | | | 88,627.41 |
| C & C Holding Company<br>Attn:  Larry Rainwater<br>P.O. Box 703<br>Mountain Home, AR 72654 | C & C Holding Company<br>Attn:  Larry Rainwater<br>P.O. Box 703<br>Mountain Home, AR 72654 | | | 20,467.45 |
| Carlton Bates Company<br>aka Carlton Bates Consignment<br>P.O. Box 676182<br>Dallas, TX 75267-6182 | Carlton Bates Company<br>aka Carlton Bates Consignment<br>P.O. Box 676182<br>Dallas, TX 75267-6182 | | | 81,193.10 |
| Electro Enterprises<br>P.O. Box 26706<br>Oklahoma City, OK 73126-0706 | Electro Enterprises<br>P.O. Box 26706<br>Oklahoma City, OK 73126-0706 | | | 28,397.82 |
| Glenair, Inc.<br>Dept. 0155<br>Los Angeles, CA 90084-0155 | Glenair, Inc.<br>Dept. 0155<br>Los Angeles, CA 90084-0155 | | | 16,146.02 |
| Heilind Electronics, Inc.<br>P.O. Box 41117<br>Los Angeles, CA 90074-1117 | Heilind Electronics, Inc.<br>P.O. Box 41117<br>Los Angeles, CA 90074-1117 | | | 1,119,004.00 |
| Industrial Electric Wire/Cable<br>P.O. Box 88545<br>Milwaukee, WI 53288 | Industrial Electric Wire/Cable<br>P.O. Box 88545<br>Milwaukee, WI 53288 | | | 348,019.19 |
| Kensington Electronics, Inc.<br>P.O. Box 671406<br>Dallas, TX 75267-1406 | Kensington Electronics, Inc.<br>P.O. Box 671406<br>Dallas, TX 75267-1406 | | | 16,367.20 |

B4 (Official Form 4) (12/07) - Cont.

In re   Actronix, Inc.                                                                 Case No.   _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Krayden, Inc. 1491 W. 124th Avenue Denver, CO 80234 | Krayden, Inc. 1491 W. 124th Avenue Denver, CO 80234 | | | 11,388.83 |
| Leoni Elocab Ltd. 258 McBrine Drive Kitchener, Ontario, CA N2R 1H8 | Leoni Elocab Ltd. 258 McBrine Drive Kitchener, Ontario, CA N2R 1H8 | | | 27,810.05 |
| Mar Lee Manufacturing, Inc. 4711 E. Guasti Road Ontario, CA 91761 | Mar Lee Manufacturing, Inc. 4711 E. Guasti Road Ontario, CA 91761 | | | 14,718.00 |
| Nortech Systems NW#7791 P.O. Box 1450 Minneapolis, MN 55485-7791 | Nortech Systems NW#7791 P.O. Box 1450 Minneapolis, MN 55485-7791 | | | 153,050.58 |
| Positronic Industries, Inc. P.O. Box 871492 Kansas City, MO 64187-1492 | Positronic Industries, Inc. P.O. Box 871492 Kansas City, MO 64187-1492 | | | 87,000.85 |
| Precision Machined Components 812 Tradesman Park Loop Hutto, TX 78634 | Precision Machined Components 812 Tradesman Park Loop Hutto, TX 78634 | | | 12,560.48 |
| TTI, Inc. P.O. Box 99111 Fort Worth, TX 76199-0111 | TTI, Inc. P.O. Box 99111 Fort Worth, TX 76199-0111 | | | 205,392.93 |
| Tyco Electronics 24627 Network Place Chicago, IL 60673-1246 | Tyco Electronics 24627 Network Place Chicago, IL 60673-1246 | | | 39,733.41 |
| Ulti-Mate Connector, Inc. 1872 N. Case Street Orange, CA 92667 | Ulti-Mate Connector, Inc. 1872 N. Case Street Orange, CA 92667 | | | 11,627.20 |
| Woven Electronics Corp. 25398 Network Place Chicago, IL 60673-1253 | Woven Electronics Corp. 25398 Network Place Chicago, IL 60673-1253 | | | 13,022.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   October 13, 2015                              Signature   /s/ Randy Steinberg
                                                                 Randy Steinberg
                                                                 Secretary

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

Aaron R. Cahn, Attorney
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005


Anixter-Memphis
P.O. Box 847428
Dallas, TX 75284-7428


Anthony J. Napolitano, Esq.
Buchalter Nemer Law Firm
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730


Avnet Eelctronics CR Dept
P.O. Box 847722
Dallas, TX 75284


Beckman Coulter Consignment
200 S. Kraemer Blvd.
Brea, CA 92821


Brycar Holdings, Inc.
Attn:  Tim Grant
3941 Peony Drive
Fallbrook, CA 92028


Brycar Holdings, Inc.
Attn:  Tim Gant
3941 Peony Drive
Fallbrook, CA 92028


C & C Holding
Attn:  Larry Rainwater
P.O. Box 703
Mountain Home, AR 72654


California Bank & Trust
Los Angeles Commercial Banking
550 South Hope St., Ste. 300
Los Angeles, CA 90071


Carlton Bates Company
aka Carlton Bates Consignment
P.O. Box 676182
Dallas, TX 75267-6182

Dept. of Finance & Admn.
Rev. Div. Sales & Use Tax
P.O. Box 1272
Little Rock, AR 72203-1272


Electro Enterprises
P.O. Box 26706
Oklahoma City, OK 73126-0706


Farhad Bahar, Esq.
Buchalter Nemer Law Firm
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730


Glenair, Inc.
Dept. 0155
Los Angeles, CA 90084-0155


Heilind Electronics, Inc.
P.O. Box 41117
Los Angeles, CA 90074-1117


Huber & Suhner, Inc.
8530 Steele Creek Place Dr.
Unit H
Charlotte, NC 28273


Industrial Electric Wire/Cable
P.O. Box 88545
Milwaukee, WI 53288


Internal Revenue Service
Ogden, UT 84201-0005



Internal Revenue Service
Ogden, UT 84201-0012



Keathley Patterson
P.O. Box 2259
Shawnee Mission, KS 66201

```
Kensington Electronics, Inc.
P.O. Box 671406
Dallas, TX 75267-1406


Krayden, Inc.
1491 W. 124th Avenue
Denver, CO 80234


Leoni Elocab Ltd.
258 McBrine Drive
Kitchener, Ontario, CA N2R 1H8


Lorraine Holdings, Inc.
c/o Randy Steinberg
8600 Rheem Avenue
South Gate, CA 90280


Mar Lee Manufacturing, Inc.
4711 E. Guasti Road
Ontario, CA 91761


Mark Hoffschmeider
46993 Veater Ranch Road
Coarsegold, CA 93614-9497


Nortech Systems NW#7791
P.O. Box 1450
Minneapolis, MN 55485-7791


Positronic Industries, Inc.
P.O. Box 871492
Kansas City, MO 64187-1492


Precision Machined Components
812 Tradesman Park Loop
Hutto, TX 78634


River Village Properties
5256 South Misson Road
Suite 110
Bonsall, CA 92003
```

```
Samsung Investment Trust Mngmt
c/o Andrew W. Keller
Textile Center 12 F
518 Teheran-ro, Daechi-dong
Gangnam-gu Seoul 135-713 Korea


Therm-O-Disc, Inc.
P.O. Box 905596
Charlotte, NC 28290-5596


TTI, Inc.
P.O. Box 99111
Fort Worth, TX 76199-0111


Tyco Electronics
24627 Network Place
Chicago, IL 60673-1246


Ulti-Mate Connector, Inc.
1872 N. Case Street
Orange, CA 92667


Woven Electronics Corp.
25398 Network Place
Chicago, IL 60673-1253
```

# United States Bankruptcy Court
## Western District of Arkansas

In re: Actronix, Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Actronix, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Brycar Holdings, Inc.
Attn: Tim Gant
3941 Peony Drive
Fallbrook, CA 92028

Lorraine Holdings, Inc.
c/o Randy Steinberg
8600 Rheem Avenue
South Gate, CA 90280

☐ None [*Check if applicable*]

October 13, 2015
Date

/s/ Jill Jacoway
Jill Jacoway 76052
Signature of Attorney or Litigant
Counsel for  Actronix, Inc.
Jacoway Law Firm, Ltd.
P.O. Drawer 3456
Fayetteville, AR 72702
479-521-2621 Fax:479-521-1465
jacowaylaw@sbcglobal.net